NUMBER 13-03-473-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________ ___________________


JESSE SOLIZ, Appellant,


v.



THE STATE OF TEXAS, Appellee.

_______________________________________________ ________________


On appeal from the 28th District Court 


of Nueces County, Texas.


_______________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Hinojosa and Garza


Opinion Per Curiam



 Appellant, JESSE SOLIZ, perfected an appeal from a judgment entered by the
28th District Court of Nueces County, Texas, in cause number 99-CR-3279-A. 
Appellant has filed a motion to dismiss the appeal. The motion complies with Tex. R.
App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Opinion delivered and filed this

the 28th day of August, 2003.